IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 20-cv-0601-WJM-SKC

ANDREW BACHANOV, on behalf of himself and all similarly situated,

    Plaintiff,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Defendant's Motion for Summary Judgment [ECF 59] entered by Judge William J. Martínez on December 3, 2020, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Motion for Summary Judgment [ECF 19] is granted. It is further

ORDERED that Plaintiff's claims are dismissed with prejudice. It is further

ORDERED that final judgment is hereby entered in favor of Defendant, FedEx Ground Package System, Inc., and against Plaintiff, Andrew Bachanov. It is further

ORDERED that Defendant shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

DATED at Denver, Colorado this 3rd day of December, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Anna Frank
    Anna Frank, Deputy Clerk